USDC SCAN INDEX SHEET

















KSR 10/4/04 8:06

3:04-CV-00996 RADUGA USA CORP V. US DEPT OF STATE

*17*

*M.*

ORIGINAL

CAROL C. LAM
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 094918
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Defendants

FILED
04 OCT -1 PM 3:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADUGA U.S.A. CORPORATION, a California Corporation, et al., Plaintiffs, v. U.S. DEPARTMENT OF STATE, et al., Defendants. | No. 04-cv-0996-BTM (BLM)<br>TIME: 11:00am<br>DATE: October 29. 2004<br>CTRM: 15<br>DEFENDANTS' MOTION AND NOTICE OF MOTION TO DISMISS OR CROSS-MOTION FOR SUMMARY JUDGMENT |

TO: PLAINTIFFS, through their attorney of record:

KENNETH WHITE
Attorney at Law
7968 Arjons Drive, No. A 208
San Diego, CA 92126

PLEASE TAKE NOTICE that on October 29, 2004, at 11:00 a.m., in the courtroom of the Honorable Barry Ted Moskowitz, the Defendants will bring on their Motion to Dismiss or Cross-Motion for Summary Judgment. Defendants hereby move the Court for dismissal of Plaintiff Raduga USA Corporation for lack of standing pursuant to Rules 12(b)(1) and/or 12(b)(6), Fed. R. Civ. Proc., and accordingly, for dismissal or transfer of the action pursuant to Rule 12(b)(3), Fed. R. Civ. Proc., and 28 U.S.C. § 1406(a), due to improper venue.

17



In the alternative, Defendants move for dismissal of the action pursuant to Rule 12(b)(6), Fed. R. Civ. Proc., for judgment in favor of Defendants pursuant to Rule 56(c), Fed. R. Civ. Proc., pursuant to the doctrine of consular non-reviewability or for a continuance to conduct discovery pursuant to Rule 56(f), Fed. R. Civ. Proc. Defendants also move for dismissal of all defendants except the U.S. Consul General.

The motion is based upon the files and records of this case and the attached memorandum of points and authorities.

DATED: October 1, 2004

CAROL C. LAM
United States Attorney

SAMUEL W. BETTWY
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Raduga USA Corp, et al.,

Plaintiff,

v.

US Department of State,

Defendant.

Case No. 04cv0996-BTM

CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Cynthia A. Melin-Schwartz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On **October 1, 2004** I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

**Defendants' Motion and Notice of Motion to dismiss or Cross-Motion for Summary Judgment; Memorandum of Points and Authorities in Support of Motion to Dismiss or Cross-Motion for Summary Judgment**

addressed to the attorney of record,

**Kenneth White, Esq.**
**7968 Arjons Drive A 208**
**San Diego, CA 92126**

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day of **October 1, 2004**

CYNTHIA A. MELIN-SCHWARTZ